**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **INTERSCOPE RECORDS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:06CV526** |
| vs. ) | |
| ) | **ORDER TO SHOW CAUSE** |
| **TERESA TIPPERY,** ) | |
| ) | |
| **Defendant.** ) | |

The court file shows that this case was filed on August 1, 2006. Fed. R. Civ. P. 4(m) requires that service of the summons and complaint be made within 120 days after the filing of the complaint. The record contains no showing that the plaintiffs have yet effected service upon the defendant, and plaintiffs have not requested any extension of time to effect service.

**IT THEREFORE IS ORDERED** that, no later than **February 5, 2007**, plaintiffs shall either: (1) effect service on the defendants and file proof of same with the court or (2) show cause why this case should not be dismissed without prejudice for failure to timely effect service.

**DATED January 18, 2007.**

**BY THE COURT:**

**s/ F.A. Gossett
United States Magistrate Judge**