IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership, UMG RECORDINGS, Inc., a Delaware corporation, BMG MUSIC, a New York general partnership, and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | CASE NO.  8:06CV526 |
| Plaintiffs, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| V. | |
| TERESA TIPPERY, | |
| Defendant. | |

This matter is before the Court on the Plaintiffs' Notice of Dismissal, which complies with the requirements of Fed. R. Civ. P. 41(a)(1)(i).

IT IS ORDERED:

1. The Plaintiffs' Notice of Dismissal without Prejudice (Filing No. 7) is approved;

2. The Complaint is dismissed without prejudice.

DATED this 26th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge